

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2016

No. 04-16-00312-CV

Carmelita **RILEY** and Anthony J. Pena,
Appellants

v.

Lizette **TORRES**, Paula Pueblitz, San Juanita Valdez, and Puig Management and Rentals, LLC,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2012CVF001192 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

On July 13, 2016, this Court dismissed this appeal for Appellants' failure to pay the court filing fee. Appellants have filed a motion requesting this appeal be reinstated on the docket of this Court.

The memorandum opinion and judgment issued in this case on July 13, 2016 are **WITHDRAWN.** We **ORDER** that this appeal is reinstated on the docket of this court. We further **ORDER** Appellants pay the filing fee by **August 22, 2016**. Appellants' brief shall be filed by **September 16, 2016**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court